IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| SYREEIA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14-2384-STA-dkv |
| | ) |
| SANTANDER CONSUMER USA | ) |
| HOLDINGS, INC., SANTANDER | ) |
| CONSUMER USA, INC., THOMAS G. | ) |
| DUDSON, Chairman and CEO, and | ) |
| JASON A. KULAS, President and CFO, | ) |
| | ) |
| Defendants. | ) |

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION OF *SUA SPONTE* DISMISSAL AND ISSUANCE OF SERVICE
OF PROCESS

_____

On May 22, 2014, Plaintiff Syreeia Jones ("Plaintiff") filed a *pro se* Complaint (D.E. #1) against Santander Consumer USA Holdings, Inc., Santander Consumer USA, Inc., Thomas G. Dudson, Chairman and CEO ("Dudson"), and Jason A. Kulas, President and CFO ("Kulas"). On May 23, 2014, the Court issued an Order (D.E. # 5) granting leave for Plaintiff to proceed *in forma pauperis*. The case was referred to Magistrate Judge Diane K. Vescovo for case management and all pretrial matters for determination and/or report and recommendation as appropriate.

The Magistrate Judge conducted a *sua sponte* review of plaintiff's Complaint to determine whether the complaint should be dismissed because it is frivolous or malicious, fails to

1

state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915(e)(2)(B). On May 29, 2014, the Magistrate Judge entered a Report & Recommendation (D.E. # 6), recommending that Plaintiff's claims against Defendants Dudson and Kulas be dismissed for failure to state a claim upon which relief can be granted and that the Clerk be directed to issue process for Defendants Santander Consumer USA Holdings, Inc. and Santander Consumer USA, Inc.

Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before June 12, 2014. The parties have not filed objections to the Report and Recommendation. The Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(3). Consistent with the Report and Recommendation, Plaintiff's claims against Dudson and Kulas are **DISMISSED**. The Clerk is directed to issue process for Defendants Santander Consumer USA Holdings, Inc. and Santander Consumer USA, Inc. and to deliver process to the marshal for service. Service shall be made on Defendant pursuant to Federal Rule of Civil Procedure 4(h)(1). All costs of service shall be advanced by the United States. Additionally, Plaintiff is **ORDERED** to serve a copy of every document filed in this case on the attorney for Santander Consumer USA Holdings, Inc. and Santander Consumer USA, Inc., to make a certificate of service on every document filed, to familiarize herself with the Federal Rules of Civil Procedure and this Court's local rules, and to promptly notify the Clerk of any change of address or extended absence. Any failure to comply with these requirements or any other order of the Court may result in the dismissal of her case.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 23, 2014.